1  LAQUER, URBAN, CLIFFORD & HODGE LLP
   Susan Graham Lovelace, State Bar No. 160913
2    Email: lovelace@luch.com
   Mana F. Bolourchi, State Bar No. 228138
3    Email: mana@luch.com
   225 South Lake Avenue, Suite 200
4  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
5  Facsimile: (626) 449-1958

6

7  Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE SOUTHERN CALIFORNIA SURVEYORS JOINT APPRENTICESHIP TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, AND CONTRACT ADMINISTRATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>HUNSAKER LAND SURVEYING, INC., a California corporation,<br><br>Defendant. | 8:19-CV-00423-AG-KES<br><br>ASSIGNED TO THE HONORABLE ANDREW J. GUILFORD<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

TO THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Trustees of the Operating Engineers

1

Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Southern California Surveyors Joint Apprenticeship Trust, Engineers Contract Compliance Committee Fund, and Contract Administration Fund (collectively the "Trustees") and Defendant, Hunsaker Land Surveying, Inc., a California corporation ("Hunsaker"), as follows:

1. With respect to the causes of action plead in the Complaint filed herein, Hunsaker is liable to the Trustees for the principal amount of $74,556.31, plus amortized interest calculated at eight percent (8%) per annum accruing from July 25, 2019.

2. Judgment shall be entered against Hunsaker, and in favor of the Trustees, in the amount of $74,556.31, plus pre-judgment and post-judgment interest calculated at 8% per annum from July 25, 2019, until paid in full, in the form attached hereto as Exhibit 1.

**IT IS SO STIPULATED:**

DATED: July 23, 2019      LAQUER, URBAN, CLIFFORD & HODGE LLP

By: _____
Susan Graham Lovelace,
Attorney for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

DATED: July 23, 2019      HUNSAKER LAND SURVEYING, INC.,
a California corporation

By: _____   7/23/19
Bruce Hunsaker, President

---

1368732

2

STIPULATION FOR ENTRY OF JUDGMENT