# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE SOUTHERN CALIFORNIA SURVEYORS JOINT APPRENTICESHIP TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, AND CONTRACT ADMINISTRATION TRUST FUND, | 8:19-CV-00423-AG-KES |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| HUNSAKER LAND SURVEYING, INC., a California Corporation, | |
| Defendant. | |

This action having been commenced on March 4, 2019, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and against Defendant, Hunsaker Land Surveying, Inc., a California corporation, and for good cause shown,

**JUDGMENT**

1368747

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2    Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the

3    Operating Engineers Local 12 Defined Contribution Trust, Trustees of the Operating

4    Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-

5    Holiday Savings Trust, Trustees of the Southern California Surveyors Joint

6    Apprenticeship Trust, Engineers Contract Compliance Committee Fund, and Contract

7    Administration Fund, shall recover from Defendant, Hunsaker Land Surveying, Inc., a

8    California corporation, the principal amount of $74,556.31, together with pre-

9    judgment and post-judgment interest at the rate of 8% per annum accruing from July

10   25, 2019, until the judgment is paid in full.

11

12   Dated:  July 25, 2019                    _____

13                                            UNITED STATES DISTRICT JUDGE

1368747